UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-00147 |
| | ) | Judge Echols |
| JERRY C. PENDERGRASS, ALAN L. | ) | |
| SATURN, ALAN D. MAZER, and | ) | |
| JAMES M. HAMMONDS. | ) | |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant James M. Hammonds' "Motion to Adopt Defendant Pendergrass' Motion" (Docket Entry No. 40) is hereby GRANTED but Defendant Jerry C. Pendergrass' "Motion for a Bill of Particulars" (Docket Entry No. 39) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1