UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00147 |
| | ) | Judge Echols |
| JERRY C. PENDERGRASS | ) | |

GOVERNMENT'S MOTION TO CONDUCT HEARING TO DETERMINE RELEASE
STATUS OF DEFENDANT PENDERGRASS

The United States of America, by and through the Assistant U.S. Attorney and the Trial Attorney for the Department of Justice, Tax Division below, respectfully request that this Court conduct a hearing regarding the release status of the defendant Jerry C. Pendergrass. The government would show to the Court that it has reason to believe that the defendant Pendergrass may have fled and does not intend to be present for sentencing. The government further requests that the hearing be scheduled for a date and time convenient with the Court within the next two weeks.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

BY   */s/ Jimmie Lynn Ramsaur*
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-38703
Telephone: 615-736-5151

BY   */s/ Jenny L. Grus*
JENNY L. GRUS
Department of Justice, Tax Division
Trial Attorney
601 D Street, NW
Room 7634
Washington, DC 20008
Telephone: 202-514-5145

CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was sent, if registered, via the Court's electronic filing system or, if not registered, sent via telefax and deposited in the United States Mail, postage prepaid, to Mr. Peter J. Strianse, AmSouth Center, 315 Deadrick Street, Suite 1700, Nashville, Tennessee 37238 and Ms. Kimberly S. Hodde, Esq., Hodde & Associates, 40 Music Square East, Nashville, TN 37203, this 6th day of May, 2008.

                                                */s/ Jimmie Lynn Ramsaur*
                                                JIMMIE LYNN RAMSAUR