AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.

JERRY C. PENDERGRASS

Case Number: 3:06-00147

| PRESIDING JUDGE ROBERT ECHOLS | PLAINTIFF'S ATTORNEY JIMMIE LYNN RAMSAUR | DEFENDANT'S ATTORNEY PETER STRIANSE & KIM HODDE |
|---|---|---|
| TRIAL DATE (S) Hrg on Motion for Status 6/5/08 | COURT REPORTER DOROTHY STILES | COURTROOM DEPUTY Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/5/08 | X | X | 5/13/08 Letters and documents mailed to deft regarding release status |
|  | 2 | 6/5/08 | X | X | 5/20/08 Letter and documents mailed to deft regarding release status |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages