UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO. 3:06-00147 |
| | ) | JUDGE ECHOLS |
| **JERRY C. PENDERGRASS** | ) | |
| **JAMES M. HAMMONDS** | ) | |

### O R D E R

Pending before the Court is the Government's Motion to Continue Sentencing Hearings (Docket Entry No. 149).

The motion is hereby GRANTED in that the sentencing hearing for Defendant Hammonds is hereby rescheduled for **Wednesday, April 8, 2009, at 9:00 a.m.** Defendant Pendergrass is a fugitive, and his Sentencing Hearing will be rescheduled after he has been apprehended.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE